UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. CAMPBELL,

      Petitioner,                                      Case No. 1:10-CV-417

v.                                                      HON. GORDON J. QUIST

CARMEN PALMER,

      Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on September 3, 2013, which was served on Petitioner on September 4, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed September 3, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.

Dated: September 24, 2013                                    /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE